UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D3, ALBERT LEE,

    Defendant.
_____/

Case No.  19-cr-20112
Hon. Matthew F. Leitman

## ORDER DENYING DEFENDANT'S MOTION FOR TEMPORARY RELEASE FROM CUSTODY (ECF No. 266)

Defendant Albert Lee is in custody awaiting trial in this Court.  On May 13, 2020, Lee filed a motion seeking a temporary release from custody in order to attend a funeral of a family member. (*See* Mot., ECF No. 266.)  The Court held an on-the-record status conference with counsel to discuss the motion on May 15, 2020. (*See* Notice, ECF No. 268.)  For the reasons explained on the record during the status conference, Lee's motion is **DENIED**.

    **IT IS SO ORDERED.**

                                                    s/Matthew F. Leitman
                                                  MATTHEW F. LEITMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated:  May 15, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 15, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764
